CRANFORD COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Cranford Co.* v. *City of New York*, 150 App. Div. 195, affirmed. (Argued March 19, 1914; decided April 28, 1914.)

APPEAL from a judgment entered May 10, 1912, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant dismissing the complaint in an action to recover upon a *quantum meruit* for work done under a contract for city work which had been abandoned by the plaintiff for the reason that the city had not promptly paid installments due thereon.

The question at issue was as to whether such delay in payment constituted a breach of contract.

*George W. Titcomb* and *Frederick Allis* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN and CARDOZO, JJ. Dissenting: HISCOCK, CUDDEBACK and MILLER, JJ.